LOCAL 116, INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE AND FURNITURE WORKERS, AFL-CIO, PLAINTIFF *v.* U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 90–08–00437

(Dated July 27, 1993)

### JUDGMENT

TSOUCALAS, *Judge:* Plaintiff and Defendant having stipulated to attorney's fees and costs in this case, and all other issues having been decided by the Court,

IT IS HEREBY ORDERED that this case is dismissed.